

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2019

Nos. 04-19-00726-CR & 04-19-00727-CR

November 18, 2019

James **CARDONA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2017CR6794 and 2017-CR-6795
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The trial court's certifications in these consolidated appeals state: "this criminal case is a plea-bargain case, and the defendant has NO right of appeal" and "the defendant has waived the right of appeal." The clerk's records contain a written plea bargain, and the punishment assessed did not exceed the punishment recommended by the prosecutor and agreed to by the defendant; therefore, the trial court's certifications accurately reflect that the criminal cases are plea-bargain cases. *See* TEX. R. APP. P. 25.2(a)(2). Rule 25.2(d) of the Texas Rules of Appellate Procedure provides: "The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). It is therefore ORDERED that these appeals will be dismissed pursuant to Rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed within ten (10) days of the date of this order showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d), 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.). All other appellate deadlines are SUSPENDED pending our resolution of the certification issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court